**Order entered November 2, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00162-CR

### JASMINE JAMIEL SIMMONS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F14-75553-J**

## ORDER

The Court **REINSTATES** the appeal.

On October 5, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On October 30, 2015, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the October 5, 2015 order requiring findings. We **GRANT** appellant's motion to extend time to file his brief. We **ORDER** appellant's brief filed as of the date of this order.

The Court also has before it appellate counsel's motion to withdraw supported by what purports to be an *Anders* brief. The brief, however, raises an arguable issue regarding the trial court's failure to impose sentence in appellant's presence. Accordingly, we **DENY** counsel's

motion to withdraw. The appeal will proceed as a non-*Anders* case, and Kathleen Walsh will remain appellate counsel.

The State's brief is due within thirty days of the date of this order.

/s/ ADA BROWN
   JUSTICE